# AUTOMOTIVE TECHNOLOGIES INTERNATIONAL, INC., Plaintiff–Appellant,

v.

**SIEMENS VDO AUTOMOTIVE CORPORATION (now known as Continental Automotive Systems U.S., Inc.), TRW Automotive U.S., LLC, and TK Holdings, Inc., Defendants–Appellees,**

and

**Hyundai Motor America, KIA Motors America, Inc., and Nissan North America, Inc., Defendants.**

No. 2011–1061.

United States Court of Appeals, Federal Circuit.

May 12, 2011.

Andrew J. Kochanowski, Sommers Schwartz, P.C., Southfield, MI, Michael H. Baniak, McDonnell, Boehnen, Hulbert, Chicago, IL, for Plaintiff–Appellant.

Drew M. Wintringham III, Mark W. Rueh, DLA Piper U.S. LLP, New York, NY, for Defendants–Appellees.

ON MOTION

*ORDER*

Upon consideration of the Automotive Technologies International, Inc.'s "Notice of Dismissal of Appeal," which the court treats as a motion to voluntarily dismiss this appeal from *Automotive Technologies International, Inc. v. Siemens VDO Automotive* case no. 06–CV–15756, (E.D.Mich.),

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.